DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

S.A.B.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1305

————————————————

April 1, 2026

Appeal from the Circuit Court for Pinellas County; Sherwood S. Coleman, Judge.

Blair Allen, Public Defender, and Maria Clarke, Assistant Public Defender, Bartow, for Appellant.

S.A.B., pro se.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SLEET, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.